UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL C. BROWN, | : | 1:19-CV-01941 |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| PA DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | |

## ORDER
May 20, 2021

We are in receipt of a letter from the plaintiff, Darryl C. Brown ("Brown"), advising us of his intention to submit a motion for leave to file a third amended complaint. *Doc. 112*. This is in accordance with our prior orders. *Docs. 107, 111*. Brown need not file a formal motion for leave to file a third amended complaint. Instead, **IT IS ORDERED** that Brown shall file a third amended complaint on or before **June 21, 2021**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge