THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL C. BROWN, | : |
| Plaintiff, | : 1:19-CV-1941 |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Schwab) |
| PA DEPRATMENT OF CORRECTIONS, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS **6th** DAY OF DECEMBER, 2022, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 187), **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 187) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Motion for the Dismissal of the DOC Defendants (Doc. 185) is **GRANTED**. Defendants Wetzel, Wenhold, Wenerowitz, and Noel are **DISMISSED** as Defendants in this action at Count Two.

Robert D. Mariani
United States District Judge