THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL C. BROWN, | : |
| | : CIVIL ACTION NO. 1:19-CV-1941 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Schwab) |
| v. | : |
| | : |
| PA DEPARTMENT OF CORRECTIONS, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, THIS 26th DAY OF SEPTEMBER 2023, upon review of Magistrate Judge Susan E. Schwab's March 27, 2023, Report and Recommendation ("R&R") (Doc. 203) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 203) is **ADOPTED** for the reasons set forth therein;

2. Claims brought against Nurse John Doe No. 5 and Nurse Jane Doe No. 1 in Plaintiff's Fourth Amended Complaint (Doc. 202) are **DISMISSED WITHOUT PREJUDICE.**

s/Robert D. Mariani<br>
Robert D. Mariani<br>
United States District Judge